FILED
DES MOINES, IOWA

01 FEB 27 PM 5:47

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF I/

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | | |
|---|---|---|
| PATRICK NEPTUNE, | : | |
| Plaintiff, | : | No. 4-00-CV-90328 |
| vs. | : | MOTION TO RECONSIDER ORDER AND SANCTIONS |
| CITY OF URBANDALE, and BRAD ZAUN, | : | |
| Defendants. | : | |

COMES NOW the Plaintiff, Patrick Neptune, by and through his attorneys, Jeffrey M. Lipman of Lipman Law Firm, P.C., 8450 Hickman Road, Suite 16, Clive, Iowa 50325, Ted E. Marks, 2404 Forest Drive, Des Moines, Iowa 50312, and Charles W. Hendricks of Lipman Law Firm, P.C., and hereby states for this Motion to Reconsider Order and Sanctions:

1. That Plaintiff did file a resistance to Defendants Second Motion to Compel prior to the Court's Order of February 16, 2001.

2. That as Plaintiff's Resistance outlined, which was unknown to Plaintiff's attorneys, Plaintiff was hospitalized for complications related to his diabetes.

3. That because of Plaintiff's hospitalization, Plaintiff's

1

Pleading # 16

Judges Copy to:

attorneys were unable to communicate with him and obtain the proper information and documents necessary to fulfil Defendants' discovery requests.

4.  That when the undersigned drafted the letter of January 15, 2001, he intended to request additional time to respond to the outstanding discovery in excess to the January 15, 2001 date erroneously included in the letter.

5.  That this was an obvious oversight, since the letter was drafted on January 15, 2001, and any request for additional time would necessarily be beyond the date of the creation of the letter.

5.  That instead of contacting Plaintiff's attorneys, Defendants filed a Second Motion to Compel upon receiving Plaintiff's attorney's letter of January 15, 2001.

6.  That Defendants received amended responses to the Interrogatories prior to the Court's Order and grant of Sanctions.

WHEREFORE, Plaintiff respectfully requests the Court reconsider its Order and the granting of sanctions.

_____
Jeffrey M. Lipman
LIPMAN LAW FIRM, P.C.
8450 Hickman Road, Suite 16
Clive, IA  50325
(515) 276-3411
Fax:  (515) 276-3736

                                        */s/ Ted E. Marks*
Ted E. Marks
TED E. MARKS LAW OFFICE
2404 Forest Drive
Des Moines, IA  50312
(515) 282-0021
Fax:  (515) 282-1328

                                        */s/ Charles W. Hendricks*
Charles W. Hendricks
LIPMAN LAW FIRM, P.C.
8450 Hickman Road, Suite 16
Clive, IA  50325
(515) 276-3411
Fax:  (515) 276-3736

ATTORNEYS FOR PLAINTIFF

Original filed.

Copies to:

Patrick Neptune

PLAINTIFF

Donna Miller
Guy Cook
Grefe & Sidney P.L.C.
2222 Grand Ave., P.O. Box 10434
Des Moines, IA  50306

ATTORNEYS FOR DEFENDANTS

**CERTIFICATE OF SERVICE**
The undersigned certifies that the foregoing instrument was served upon all parties to the above cause to each of the attorneys of record herein at their respective addresses disclosed on the pleadings on _____, 20___.
By: ☒ U.S. Mail  ☐ FAX
    ☐ Hand Delivered  ☐ Overnight Courier
    ☐ Certified Mail  ☐ Other:
Signature: _____