IN THE UNITED STATE DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION



| | | |
|---|---|---|
| PATRICK NEPTUNE, | * | |
| Plaintiff, | * | NO. 4-00-CV-90328 |
| v. | * | STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF |
| CITY OF URBANDALE and BRAD ZAUN, | * | DEFENDANTS' MOTION FOR SUMMARY JUDGMENT |
| | * | |
| Defendants. | | |

COME NOW Defendants, and pursuant to Federal Rule of Civil Procedure 56, present the following undisputed facts in support of Summary Judgment:

1. Plaintiff was given a traffic citation on October 16, 1998 for driving on the wrong side of the road. See Neptune Deposition attached hereto as Exhibit A, p. 84-85.

2. Shortly after receiving the citation, at approximately 1:30 a.m., Plaintiff called Brad Zaun, mayor of Urbandale, at his home. Plaintiff used profane language and called Zaun derogatory names. Zaun asked Mr. Neptune to calm down, but he did not, so Zaun terminated the call. Exhibit A, p. 123; Zaun Answer to Interrogatory No. 4 attached hereto as Exhibit B.

3. Zaun has young children and was concerned for the safety of his family. In past dealings he and other City representatives have had with Plaintiff, he had known Plaintiff to be unstable and volatile. It was this fear that caused him to report the call to the Urbandale Police Department. See Exhibit B; Zaun Answer to Interrogatory No. 4 attached hereto as Exhibit C.

4. The Polk County Attorney decided to file a charge against Plaintiff for harassment in violation of Iowa Code 708.7, and on November 12, 1998, Polk County Associate Judge Gregory Brandt found probable cause existed for the charge. See Preliminary Complaint attached hereto as Exhibit D.

5. Polk County Associate Judge Gregory Brandt issued an arrest warrant for Plaintiff. See Arrest Warrant attached hereto as Exhibit E.

27

6. Plaintiff was arrested on December 20, 1998 for interference with official acts and harassment. See Urbandale Police Department Incident Report attached hereto as Exhibit F.

7. Since his arrest, Plaintiff has mailed to various unnamed Urbandale residents a letter entitled "Racism Alive and Well in Urbandale, Iowa" and similar letters to various media outlets, including NBC, ABC, BET, Dateline, and 20/20. See Exhibit A p. 26, 31-34; correspondence attached hereto as Exhibit G.

GREFE & SIDNEY, P.L.C.

By _____
    Guy R. Cook

By _____
    Donna R. Miller

2222 Grand Avenue, P.O. Box 10434
Des Moines, IA 50306
Telephone: 515-245-4300
ATTORNEYS FOR CITY OF URBANDALE AND
BRAD ZAUN

Copies to:

Jeffrey M. Lipman
Charles W. Hendricks
Lipman Law Firm, P. C.
8450 Hickman Road, Suite 16
Clive, Iowa 50325

PROOF OF SERVICE

The undersigned certified that the foregoing instrument was served upon all parties to the above cause by service upon each of the attorneys of record herein at their respective addresses disclosed on the pleadings on the _10th_ day of _Dec_, _2001_.

By:  _X_ U. S. Mail           ___ Fax
     ___ Hand Delivered       ___ Overnight Courier
     ___ Federal Express      ___ Other: _____

Signature: _____