# UNITED STATES DISTRICT COURT
# IN AND FOR THE SOUTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | | |
|---|---|---|
| PATRICK NEPTUNE, | ) | |
| | ) | CIVIL NO. 4-00-CV-90328 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| CITY OF URBANDALE and | ) | **ORDER ON SETTLEMENT** |
| BRAD ZAUN, | ) | **AND RE: CLOSING DOCUMENTS** |
| | ) | |
| Defendants. | ) | |

The Court has been advised by the parties that this case is now settled. Therefore, the Court cancels the final pretrial conference set for March 11, 2002, and the trial scheduled to commence on April 8, 2002.

Closing documents shall be filed by **March 4, 2002**. If no closing documents are filed, pursuant to Local Rule 19(c), the Court may order dismissal of this action without further notice. Within 60 days of a dismissal order, either party may petition to have the case reinstated after showing good cause as to why settlement was not in fact consummated.

IT IS SO ORDERED.

Signed this 11th day of February, 2002

_____
THOMAS J. SHIELDS
UNITED STATES MAGISTRATE JUDGE